IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KWAME ROSS, | § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:18-CV-3026-E |
| VS. | § § | |
| NATIONSTAR MORTGAGE LLC, | § § | |
| Defendant. | § § | |

**ORDER**

Plaintiff has advised the Court that the parties have settled this case. The Court **ORDERS** Plaintiff to file dismissal papers by December 9, 2019. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

Signed November 7, 2019.

Ada Brown
UNITED STATES DISTRICT JUDGE