IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KWAME ROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-03026-M |
| | § | |
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff, Kwame Ross ("Plaintiff") and Defendant, Nationstar Mortgage LLC ("Defendant") (collectively, "the Parties") file this *Joint Stipulation of Dismissal with Prejudice* ("Stipulation") and respectfully show the Court as follows:

1.  Plaintiff filed the instant lawsuit against Defendant on November 13, 2018.

2.  Plaintiff no longer desires to proceed with any claims or causes of action against Defendant.

3.  Plaintiff therefore requests that Defendant be dismissed with prejudice as to all claims asserted in this action.

4.  All parties who have appeared and who have not been previously dismissed have joined in this Stipulation.

5.  This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.  A receiver has not been appointed in this case.

WHEREFORE, Plaintiff dismisses *with prejudice* the claims and causes of action asserted against Defendant Nationstar Mortgage LLC in this matter, thereby dismissing the proceeding in its entirety.

Dated: December 9, 2019

Respectfully submitted,

/s/ *Tatiana Alexander*
**TATIANA ALEXANDER,** SBN: 24055090
talexander@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
T:  +1 214 932 6400
F:  +1 214 932 6499

***ATTORNEY FOR DEFENDANT
NATIONSTAR MORTGAGE LLC***

/s/ *Jody B. Burton*
**JODY B. BURTON, ESQ.**
CT Bar No. 422773
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com
Attorney for Plaintiff

***ATTORNEY FOR PLAINTIFF
KWAME ROSS***

## CERTIFICATE OF SERVICE

The undersigned certifies that on <u>December 9, 2019</u>, a true and correct copy of the foregoing document was electronically filed with the clerk of the United States District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys registered for service in the court's ECF system for this case.

>  <u>/s/ Tatiana Alexander</u>
>  **TATIANA ALEXANDER**